

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: DENTON COUNTY TAX ASSESSOR-COLLECTOR, | § | No. 08-13-00254-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relator. | § |  |
|  | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

# **O R D E R**

Pending before the Court is the motion of Relator, Denton County Tax Assessor-Collector, for an emergency stay of the trial court's order granting the motion to deny suspension of judgment pending appeal in *Steve Mossman, in his official capacity as Denton County Tax Assessor-Collector v. Banatax, LLC*, cause number 08-13-00245-CV). Relator has represented to the Court that a mandamus petition will be filed to challenge the trial court's ruling. The motion to stay the trial court's order is GRANTED. Accordingly, the trial court's order granting the motion to deny suspension of the judgment is stayed pending our review of Relator's petition for mandamus relief or further order of this Court.

IT IS SO ORDERED this 27th day of August, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.